BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900
Email: edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH HODGE,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | **CASE NO. 2:10-CV-00011-MCE-GGH**<br><br>**STIPULATION TO EXTEND DEADLINE FOR EXCHANGING INITIAL DISCLOSURES; ORDER** |

   Plaintiff Ralph Hodge, by and through his attorney of record, and the United States, by and through its attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date by which they must exchange their Initial Disclosures by two weeks – from October 27, 2010, to November 10, 2010.[1]  The United States expects to make its Initial Disclosure on or before October 27, 2010, but both parties believe it would be beneficial to have an additional two weeks to complete their Initial Disclosures, particularly in light of the fact that plaintiff and his attorney have asked the Court to approve a substitution of attorney (plaintiff wishes to proceed *pro se*).

---

[1] In their joint status report, the parties agreed to exchange their Initial Disclosures within thirty days of the issuance of the Court's pre-trial scheduling order.  This Court issued its pre-trial scheduling order on September 27, 2010.  Accordingly, the parties' Initial Disclosures are currently due on October 27, 2010.

1

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | BENJAMIN B. WAGNER<br>United States Attorney |
| Dated:  October 26, 2010 | By | */s/ Edward A. Olsen*<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for the United States of America |
| Dated:  October 26, 2010 |   | */s/ Jeffrey Milman*<br>JEFFREY MILMAN<br>Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  October 28, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE