Jeffrey A. Milman, SBN 99072
Jessica L. Wilber, SBN 260548
**HODES MILMAN, LLP**
9210 Irvine Center Drive
Irvine, CA  92618
Tel:   (949) 640-8222
Fax:   (949) 640-8294
Email: jmilman@hodesmilman.com
Email: jwilber@hodesmilman.com

Attorneys for Plaintiff,
RALPH HODGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH HODGE | Case No.:  2:10-cv-00011-MCE-KJN |
| Plaintiffs, | Judge Morrison C. England |
| | Magistrate Judge Kendall J. Newman |
| v. | |
| UNITED STATES OF AMERICA, | **ORDER ON MOTION TO WITHDRAW AS COUNSEL OF RECORD** |
| Defendant. | |
| | Date: January 13, 2011 |
| | Time: 2:00 p.m. |
| | Dept.: Courtroom 7 |

Having considered the moving papers, the Declaration of Jeffrey A. Milman and for good cause appearing, IT IS HEREBY ORDERED:

/ / /

1

1  That the motion by Hodes Milman, LLP to withdraw as counsel for Ralph Hodge in this matter is
2  GRANTED and Hodes Milman, LLP is no longer counsel for Ralph Hodge, effective this date.
3  For the record, Plaintiff is now representing himself. Plaintiff should hereby be noticed at the
4  following address:

Ralph Hodge
8889 Springhurst Drive
Elk Grove, CA 95624

IT IS SO ORDERED.

DATED: January 29, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE